IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA                )
                                        )
    v.                                  ) CASE NO. 1:22-cr-22-RAH
                                        )
DOUGLAS MATTHEW BERRY                    )

## ORDER

Pending before the Court is the Motion to Suppress (Doc. 22) filed by Defendant

Douglas Matthew Berry. On July 15, 2022, the Magistrate Judge entered a recommendation

(Doc. 44) that the Motion to Suppress should be denied. No objections have been filed, and

the Defendant has subsequently entered a plea of guilty.   Accordingly, it is

ORDERED that the Recommendation (Doc. 44) of the Magistrate Judge is

ADOPTED and the Motion to Suppress is DENIED.

DONE, on this the 28th day of September 2022.

                           /s/ R. Austin Huffaker, Jr.
                           R. AUSTIN HUFFAKER, JR.
                           UNITED STATES DISTRICT JUDGE